

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 7, 2023

**BY ECF**
The Honorable Laura T. Swain
United States Chief Judge
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    *United States v. Randy Bautista*, 23-279 (LTS)

Dear Judge Swain,

The Government writes respectfully to request, with the defendant's consent, the Court modify the conditions of defendant Randy Bautista's pretrial release to include the following condition: The Defendant is prohibited from any contact with any co-defendants unless in the presence of counsel.

The foregoing request is granted.  Mr. Bautista is prohibited from any contact with any co-defendants unless in the presence of counsel.
SO ORDERED.
8/7/2023
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Ni Qian
Assistant United States Attorney
(212) 637-2364