| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

November 1, 2023

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Randy Bautista
    23 Cr. 279 (LTS)

**MEMO ENDORSED**

The foregoing request is granted.  DE no. 104 resolved.
SO ORDERED.
11/02/2023
/s/ Laura Taylor Swain, Chief USDJ

Dear Judge Swain:

    I represent Mr. Randy Bautista in the above refenced matter. Mr. Bautista was released pursuant to a bail package which include home detention with electronic monitoring, a $150,000 unsecured bond signed by three financially responsible persons and oversight by a third-party custodian. He has since obtained employment and has adhered to all the conditions of the bond. Among the conditions of his release are permissible travel to and from his place of employment, Court appearances, Church attendance and visits to his attorney's office.

    Mr. Bautista respectfully requests permission to attend his brother's Adonys Castillo's bail hearing before your honor on November 7, 2024 at 2:30 p.m. in this courthouse at 500 Pearl Street. If this request is granted Mr. Bautista will appear with other family members to support Adonys Castillo's request for bail.

    The Government and Pretrial Services take no position on this request.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Ni Qian, Assistant U.S. Attorney (via ECF)
    James Ligtenberg, Assistant U.S. Attorney (via ECF)
    Marlon Ovalles, USPO Intensive Supervision Specialist