## MEMO ENDORSED

**Donald D. duBoulay**                                                      305 Broadway, Suite 602
  Attorney at Law                                                                  New York, NY 10007

Telephone: (212) 966-3970
Fax:            (212) 941-7108
E-mail:      dondubesq@aol.com

December 20, 2023

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Randy Bautista
       23 Cr. 279 (LTS)

Dear Judge Swain:

     I represent Mr. Randy Bautista in the above refenced matter. I write on behalf of Mr. Bautista to respectfully request that he be permitted to travel to Philadelphia, PA. to spend Christmas day with his mother and siblings.

     Mr. Bautista was released pursuant to a bail package which included home detention with electronic monitoring, a $150,000 unsecured bond signed by three financially responsible persons and oversight by a third-party custodian. He has since obtained employment and has adhered to all the conditions of the bond. Among the conditions of his release are permissible travel to and from his place of employment, Court appearances, Church attendance and visits to his attorney's office. He has been compliant with all the terms of his release bond

     If permitted to travel, Mr. Bautista would leave the Southern District of New York (SDNY) on December 24, 2023 and return to his residence in the SDNY on December 26, 2023. He would reside with his mother at 4638 N. 11th Street, Philadelphia, PA 19140.

     I have conferred with Mr. Bautista's pre-trial officer who relates that office policy does not permit authorization for overnight travel on defendants released with a condition of home detention, however he notes that Randy has been fully compliant with all the pre-trial terms of his release.

     The Government defers to the pretrial office policy.

     If the court has any questions, I may be reached at (212) 966-3970

                                                                            Respectfully submitted,

                                                                            /s/ Donald duBoulay, Esq.

cc.: Ni Qian, Assistant U.S. Attorney (via ECF)
     James Ligtenberg, Assistant U.S. Attorney (via ECF)
     Marlon Ovalles, USPO Intensive Supervision Specialist

The foregoing request is granted. DE no. 112 resolved.
SO ORDERED.
12/21/23
/s/ Laura Taylor Swain, Chief USDJ