| | |
|---|---|
| **Donald D. duBoulay** | 305 Broadway, Suite 602 |
| Attorney at Law | New York, NY 10007 |

Telephone: (212) 966-3970  
Fax:          (212) 941-7108  
E-mail:     dondubesq@aol.com

January 16, 2024

The Honorable Laura Taylor Swain  
Chief United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re: U.S. v. Randy Bautista  
     23 Cr. 279 (LTS)

Dear Judge Swain:

    I represent Mr. Randy Bautista in the above refenced matter. Mr. Bautista was released pursuant to a bail package which include home detention with electronic monitoring, a $150,000 unsecured bond signed by three financially responsible persons and oversight by a third-party custodian. He has since obtained employment and has adhered to all the conditions of the bond. Among the conditions of his release are permissible travel to and from his place of employment, Court appearances, Church attendance and visits to his attorney's office.

    Mr. Bautista respectfully requests permission to attend his brother's Adonys Castillo's Status conference/Curcio hearing before your honor on January 18, 2024 at 10:30 a.m. in this courthouse at 500 Pearl Street. If this request is granted Mr. Bautista will appear with other family members to support his brother Adonys Castillo.

    The Government and Pretrial Services do not object to this request.

    If the court has any questions, I may be reached at (212) 966-3970

Respectfully submitted,

/s/ Donald duBoulay, Esq.

cc.: Ni Qian, Assistant U.S. Attorney (via ECF)  
    James Ligtenberg, Assistant U.S. Attorney (via ECF)  
    Marlon Ovalles, USPO Intensive Supervision Specialist

The foregoing request is granted. DE no. 119 resolved.  
SO ORDERED.  
1/16/24  
/s/ Laura Taylor Swain, Chief USDJ