UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No. 23-CR-279-LTS-7

RANDY BAUTISTA,                               ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Mr. Bautista's request to modify his bail conditions. (Docket entry no. 136.) In that letter, Mr. Bautista indicated that the Government opposes his request. (Id.) The Government is hereby directed to file a letter setting forth its reasons for opposing the request by **February 28, 2024, at 12:00 p.m.**

     SO ORDERED.

Dated: New York, New York                  /s/ Laura Taylor Swain
      February 27, 2024                      LAURA TAYLOR SWAIN
                                                  Chief United States District Judge