**Donald D. duBoulay**            **305 Broadway, Suite 602**
  Attorney at Law                  New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

February 26, 2024

The Honorable Laura Taylor Swain
Chief United States District Judge       **<u>MEMO ENDORSED</u>**
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Randy Bautista
    23 Cr. 279 (LTS)

Dear Judge Swain:

    I represent Mr. Randy Bautista in the above refenced matter. I write on behalf of Mr. Bautista to respectfully request that his bail conditions be amended to allow Mr. Bautista to attend a Christian fellowship program conducted by the Life Church of New York, Wayne Francis Lead Pastor. The meetings are focused on providing guidance for at-risk young men. The meetings are held on Saturday mornings at the East View Middle School in White Plains, New York.

    The goal is for the male members of the church to provide fellowship, mentoring, discussions of faith and includes a basketball game at the end of the meeting.

    As the Court may be aware, Mr. Bautista appeared in this District on June 7, 2023. He was subsequently released pursuant to a bail package which included home detention with electronic monitoring, and a $150,000 unsecured bond signed by three financially responsible persons and oversight by a third-party custodian. Randy has been compliant with all the conditions of his release.

    Mr. Bautista is currently attending a trade school, which meets virtually and in person on alternate days.

    Randy's pre-trial officer supports this request. The Government has advised that they defer to pretrial, regarding this request.

    If the court has any questions, I may be reached at (212) 966-3970

                             Respectfully submitted,

                             /s/ Donald duBoulay, Esq.

cc.: Ni Qian, Assistant U.S. Attorney (via ECF)
  James Ligtenberg    (via ECF)
  Marlon Ovalles, USPO Intensive Supervision Specialist

The foregoing request is granted.  DE 156 is resolved.  SO ORDERED.

Date: 5/2/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.