# **MEMO ENDORSED**

**Donald D. duBoulay**                                **305 Broadway, Suite 602**
  Attorney at Law                                          New York, NY 10007

Telephone: (212) 966-3970
Fax:      (212) 941-7108
E-mail:   dondubesq@aol.com

                                                                      November 21, 2024

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Randy Bautista
     23 Cr. 279 (LTS)

Dear Judge Swain:

     I represent Mr. Randy Bautista in the above refenced matter. I write with the consent of Pre-trial services to respectfully request that Mr. Bautista be permitted to travel to Philadelphia, PA. to join his immediate family for thanksgiving dinner on November 28, 2024. If permitted Mr. Bautista would travel by car to the home of his mother in Philadelphia on November 27, 2024 and return to the Southern District in the evening of November 28, 2024.

     Pretrial services support this request, and the Government defers to the judgment of the Pretrial officer. Last year the court approved a similar request. Mr. Bautista will provide the address and telephone number of the home he will be visiting should the court approve this request.

     Mr. Bautista is doing well on pretrial supervision and is currently employed full time as well as attending night school

     If the court has any questions, I may be reached at (212) 966-3970

                                                     Respectfully submitted,

                                                     /s/ Donald duBoulay, Esq.

cc.: Ni Qian, Assistant U.S. Attorney (via ECF)
     James Ligtenberg, Assistant U.S. Attorney (via ECF)
     Ms. Harris, Pretrial Services

The foregoing request is granted. DE 228 resolved.
SO ORDERED.
11/22/2024
/s/ Laura Taylor Swain, Chief USDJ