UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                               No.  23-CR-279-LTS-7

RANDY BAUTISTA,                        ORDER

          Defendant.

--------------------------------------------------------x

       The sentencing hearing in this case is hereby adjourned from 11:00 a.m. on June 24, 2025, to **3:00 p.m. on June 24, 2025**.  The hearing will be conducted in **Courtroom 17C**.

       SO ORDERED.

Dated: New York, New York          _/s/ Laura Taylor Swain_____
      May 16, 2025              LAURA TAYLOR SWAIN
                         Chief United States District Judge